Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                 Case No.:  16−15246−JNP
                 Chapter:  13
                 Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ricky D. Robbins
   568 Ramah Rd.
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0769

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 11, 2016
JJW: cmf

                                                                               James J. Waldron
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ricky D. Robbins  
    Debtor

Case No. 16-15246-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Jul 11, 2016  
    Form ID: 148    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
```
db             +Ricky D. Robbins,    568 Ramah Rd.,    Millville, NJ 08332-7765
smg             U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
516141455      +CACH, LLC,    PO BOX 5980,    DENVER, CO 80217-5980
516068540      +Capital Auto Sales,    1329 N Delsea Dr,    Vineland, NJ 08360-2255
516068542     #+Ellen L. Yang, Esq.,    Psak & Associates,    127 Union Avenue,    Middlesex, NJ 08846-1039
516068545      +KML Law Group,    Sentry Office Plaza,    216 Haddon Ave. #406,    Westmont, NJ 08108-2812
516129626      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516068547      +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516068549      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516068551      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2016 23:23:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516068539       EDI: GMACFS.COM Jul 11 2016 23:08:00      Ally Financial,    PO Box 130424,
                 Saint Paul, MN 55113-0004
516169685       EDI: GMACFS.COM Jul 11 2016 23:08:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516068538      +EDI: GMACFS.COM Jul 11 2016 23:08:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
516068541      +E-mail/Text: sherri.ball@millvillenj.gov Jul 11 2016 23:23:11     City of Millville,
                 Attn: Tax Office,    12 S. High St.,    Millville, NJ 08332-4244
516068542      +E-mail/Text: GPSAK@PSAKLAW.COM Jul 11 2016 23:24:04     Ellen L. Yang, Esq.,
                 Psak & Associates,    127 Union Avenue,    Middlesex, NJ 08846-1039
516068543      +EDI: HFC.COM Jul 11 2016 23:08:00      Hsbc Bank,    Po Box 9,    Buffalo, NY 14240-0009
516068544      +EDI: IRS.COM Jul 11 2016 23:08:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516259920       EDI: JEFFERSONCAP.COM Jul 11 2016 23:08:00      Jefferson Capital Systems LLC,    PO Box 7999,
                 Saint Cloud MN 56302-9617
516068548      +EDI: PRA.COM Jul 11 2016 23:08:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
516068550       EDI: CHRYSLER.COM Jul 11 2016 23:08:00      Tdaf,    27777 Franklin Rd,
                 Southfield, MI 48034-2337
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516068546       Michelle Robbins
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:
```
              Daniel L Reinganum    on behalf of Debtor Ricky D. Robbins dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Jul 11, 2016
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Thomas G. Egner    on behalf of Debtor Ricky D. Robbins tegner@mpadlaw.com, kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com

                                                                                          TOTAL: 5