Form: ICB-12003-01 rev. 01

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>ISABEL C. BALBOA<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38, SUITE 580<br>CHERRY HILL, NJ  08002-2977 | Order Filed on July 11, 2016 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    RICKY D. ROBBINS<br><br><br>                                    Debtor(s) | Case No.:      16-15246-JNP<br><br>Hearing Date:<br><br>Judge:         Jerrold N. Poslusny |

# ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2.00) is hereby **ORDERED**.

**DATED: July 11, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 2
Debtor:   RICKY D. ROBBINS
Case No.:  16-15246-JNP
Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having come before the court on the confirmation of the debtor(s) Chapter 13 plan, and good cause appearing, it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the debtor(s) failure to:

  file a feasible plan, income and/or budget statement;

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $463.50 to be paid from funds on hand with the Chapter 13 Trustee.

**ORDERED** as follows:
No opposition

United States Bankruptcy Court
District of New Jersey

In re:
Ricky D. Robbins
    Debtor

Case No. 16-15246-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 11, 2016
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
db            +Ricky D. Robbins,    568 Ramah Rd.,    Millville, NJ 08332-7765

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:
         Daniel L Reinganum    on behalf of Debtor Ricky D. Robbins dreinganum@MPADLaw.com,
          kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
          dcarlon@zuckergoldberg.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Thomas G. Egner    on behalf of Debtor Ricky D. Robbins tegner@mpadlaw.com,
          kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
                                                                                           TOTAL: 5